IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRZYSZTOF F. WOLINSKI,

    Plaintiff,                    No. 2:12-cv-02323 GEB DAD P

    vs.

RON E. BARNES, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's March 11, 2013 request (Doc. No. 11) shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 18, 2013.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:kly
woli2323.59